**STEPHANIE LARSEN, CSR**
**OFFICIAL COURT REPORTER – 33rd Judicial District**
**P.O. Box 554 ** Marble Falls, TX  78654**
**(512)715-5230**
*33reporter@dcourttexas.org*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

January 13, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711

RE:    Court of Appeals No. 03-14-00819-CV
       Blanco County Cause No. CV07387
       *Judy Weirich v. IESI Corp. and Southside Wrecker*

To Whom It May Concern:

This letter is to advise that as of this date I still have not received Notice of Appeal on this matter.  Likewise, no party has contacted me regarding preparation of this record, thus no reporter's record is being readied for filing at this time.

If arrangements are made, it will take less than a week to prepare and file.

If you have any questions, please do not hesitate to contact me.

Thank you,

/s/Stephanie Larsen